## IN THE MATTER OF THE ESTATE OF ESCOBEDO SARREALS POSEY, DECEASED.

Superior Court of New Jersey
Appellate Division

Argued September 19, 1966—Decided September 29, 1966.

Before Judges CONFORD, FOLEY and LEONARD.

*Mr. Saul Bosek* argued the cause for appellant (*Messrs. Epstein, Epstein, Brown & Bosek,* attorneys).

*Mr. David A. Roth* argued the cause for respondents.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Fulop, reported in 89 *N. J. Super.* 293 (*Cty. Ct.* 1965).